08 MAR 26 PM 3: 15

*key*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 0890    JLS

January 2007 Grand Jury

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
| | ) | |
| Plaintiff, | ) | I N D I C T M E N T |
| | ) | |
| v. | ) | Title 8, U.S.C., |
| | ) | Sec. 1324(a)(2)(B)(ii) – |
| CLAUDIA YANETH | ) | Bringing in Illegal Aliens for |
| BOJORQUES GUERRERO, | ) | Financial Gain; Title 18, U.S.C., |
| | ) | Sec. 2 – Aiding and Abetting; |
| Defendant. | ) | Title 8, U.S.C., |
| | ) | Sec. 1324(a)(2)(B)(iii) – Bringing |
| | ) | in Illegal Aliens Without |
| | ) | Presentation |

The grand jury charges:

## Count 1

On or about March 13, 2008, within the Southern District of California, defendant CLAUDIA YANETH BOJORQUES GUERRERO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Ana Maria Perales Estrada, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

CPH:fer:San Diego
3/25/08

1                              Count 2

2          On or about March 13, 2008, within the Southern District of

3   California, defendant CLAUDIA YANETH BOJORQUES GUERRERO, with the

4   intent to violate the immigration laws of the United States, knowing

5   and in reckless disregard of the fact that an alien, namely, Ana Maria

6   Perales Estrada, had not received prior official authorization to come

7   to, enter and reside in the United States, did bring to the United

8   States said alien and upon arrival did not bring and present said

9   alien immediately to an appropriate immigration officer at a

10  designated port of entry; in violation of Title 8, United States Code,

11  Section 1324(a)(2)(B)(iii).

12                             Count 3

13         On or about March 13, 2008, within the Southern District of

14  California, defendant CLAUDIA YANETH BOJORQUES GUERRERO, with the

15  intent to violate the immigration laws of the United States, knowing

16  and in reckless disregard of the fact that an alien, namely, Leticia

17  Morales-Murgia, had not received prior official authorization to come

18  to, enter and reside in the United States, did bring to the United

19  States said alien for the purpose of commercial advantage and private

20  financial gain; in violation of Title 8, United States Code,

21  Section 1324(a)(2)(B)(ii), and Title 18, United States Code,

22  Section 2.

23  //

24  //

25  //

26  //

27  //

28  //

Count 4

On or about March 13, 2008, within the Southern District of California, defendant CLAUDIA YANETH BOJORQUES GUERRERO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Leticia Morales-Murgia, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

Count 5

On or about March 13, 2008, within the Southern District of California, defendant CLAUDIA YANETH BOJORQUES GUERRERO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Elias Flores Gonzalez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//

3

Count 6

On or about March 13, 2008, within the Southern District of California, defendant CLAUDIA YANETH BOJORQUES GUERRERO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Elias Flores Gonzalez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

Count 7

On or about March 13, 2008, within the Southern District of California, defendant CLAUDIA YANETH BOJORQUES GUERRERO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Y. G. H., a juvenile, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//

4

Count 8

On or about March 13, 2008, within the Southern District of California, defendant CLAUDIA YANETH BOJORQUES GUERRERO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Y. G. H., a juvenile, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

DATED: March 26, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By: 

CAROLINE P. HAN
Assistant U.S. Attorney

5