RECEIVED

2008 APR -8 P 3:07

U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          Plaintiff           )
                          vs.                )

CLAUDIA BUSLERQUES-GUERRERO

                       Defendant(s)

CRIMINAL NO. 08CR890-JLS

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge, **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted)/ Case Disposed / Order of Court).

ANA MARIA PERALES ESTRADA

DATED: 4/8/08

Leo S. Papas

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
              DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
        Deputy Clerk