1 | KAREN P. HEWITT
United States Attorney
2 | CAROLINE P. HAN
Assistant United States Attorney
3 | California State Bar No. 250301
United States Attorney's Office
4 | 880 Front Street, Room 6293
San Diego, California 92101-8893
5 | Telephone: (619) 557-5220
Facsimile:  (619) 235-2757
6 | Email: caroline.han@usdoj.gov

7 | Attorneys for Plaintiff
United States of America
8

9

10
                        UNITED STATES DISTRICT COURT
11
                        SOUTHERN DISTRICT OF CALIFORNIA
12

UNITED STATES OF AMERICA,        )   Criminal Case No. 08-CR-0890-JLS
13                               )
                    Plaintiff,   )
14                               )   **NOTICE OF APPEARANCE**
            v.                   )
15                               )
CLAUDIA  YANETH  BOJORQUES       )
16 GUERRERO,                     )
                                 )
17                  Defendant.   )
                                 )
18

19 | TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

20 | I, the undersigned attorney, enter my appearance as lead counsel for the United States in the

21 | above-captioned case. I certify that I am admitted to practice in this court or authorized to practice

22 | under CivLR 83.3.c.3-4.

23 | The following government attorneys (who are admitted to practice in this court or authorized

24 | to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

25 | counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to

26 | activity in this case:

27 | <u>Name</u>

28 | None.

1  Effective this date, the following attorneys are no longer associated with this case and should
2  not receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3  "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4  association):
5  Name
6  Alessandra Serano.
7
8  Please call me at the above-listed number if you have any questions about this notice.
9  DATED: April 25, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ *Caroline P. Han*

CAROLINE P. HAN
Assistant United States Attorney

Notice of Appearance
United States v. Bojorques Guerrero     2     08-CR-0890-JLS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CLAUDIA YANETH BOJORQUES GUERRERO,<br><br>  Defendant. | Case No. 08-CR-0890-JLS<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, Caroline Han, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated April 25, 2008, and this Certificate of Service, dated April 25, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**Stephen Demik**
Federal Defenders of San Diego
225 Broadway
Suite 900
San Diego, CA 92101-5008
(619)234-8467
Email: Stephen_Demik@fd.org
*Attorney for defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 25, 2008.

  /s/ *Caroline P. Han*
  CAROLINE P. HAN
  Assistant United States Attorney

Notice of Appearance
United States v. Bojorques Guerrero  3  08-CR-0890-JLS